# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4029

_____

United States of America,      *
     *
        Appellee,      *
     *
   v.      *
     *
Carlos Gutierrez,      *
     *
        Appellant.      *


_____

No. 98-4030

_____

     Appeals from the United States
     District Court for the District
     of Minnesota.

United States of America,      *        [UNPUBLISHED]
     *
        Appellee,      *
     *
   v.      *
     *
Loreto Lizzaraga, also known as Martin      *
Gonzales-Llamas,      *
     *
        Appellant.      *


_____

No. 99-1701

_____

United States of America,            *

                                     *

                    Appellee,        *

                                     *

        v.                           *

                                     *

Pedro Luis Hernandez,                *

                                     *

                    Appellant.       *

_____

No. 99-1909
_____

United States of America,            *

                                     *

                    Appellee,        *

                                     *

        v.                           *

                                     *

Juan Roberto Leon,                   *

                                     *

                    Appellant.       *

_____

No. 99-2088
_____

United States of America,            *

                                     *

                    Appellee,        *

                                     *

        v.                           *

                                     *

Victor Villegas, also known as Omar, *

also known as Primo,                        *
                                            *
                    Appellant.       _____*_____

                    Submitted:  December 15, 1999

                    Filed:   December 23, 1999
                    _____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and BATTEY,[*] District
    Judge.
                    _____

PER CURIAM.

Carlos Gutierrez, Loreto Lizzaraga, Pedro Luis Hernandez, Juan Roberto Leon,
and Victor Villegas (appellants) appeal their convictions on felony charges related to
their participation in an extensive drug operation.  We affirm.

The appellants raise several contentions related to their trial.  We reject all of
their arguments.  First, we conclude the district court correctly denied the motions
regarding search and seizure and wire tap issues.  Second, the record contains
substantial evidence on which the jury reasonably could have found the appellants
guilty of the charges.  Third, the appellants' assertions that the Government failed to
prove the single conspiracy charged in the indictment are without legal merit.  Finally,
we are satisfied the district court correctly resolved the appellants' challenges to certain
evidence offered by the Government.

_____

[*]The Honorable Richard H. Battey, United States District Judge for the District
of South Dakota, sitting by designation.

The appellants also raise several arguments about their sentences. We reject these arguments as well. The district court's sentence-related factual findings about drug quantities and roles in the offenses have ample support in the record and none are clearly erroneous. Because the district court did not misapply the guidelines when imposing the appellants' sentences, we must affirm the sentences.

Having satisfied ourselves that the case was well tried in the district court, that no error of law or fact appears, and that the appeal simply involves the application of settled principles of law to unique facts, we conclude the issues do not warrant a comprehensive opinion. We thus affirm the appellants' convictions and sentences without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.